UNITED STATES of America,
Plaintiff-Appellee,

v.

Jerry Lee KEY, Defendant-Appellant.

No. 17-7388

United States Court of Appeals,
Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

Jerry Lee Key, Appellant Pro Se. John J. Frail, Jennifer Rada Herrald, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Key appeals the district court's order denying his motion for reimbursement of a $1000 fine ordered as part of his 1997 sentence for being a felon in possession of a firearm. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Key*, No. 2:97-cr-00033-1 (S.D.W. Va. Sept. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*